Dismissed and Memorandum Opinion filed December 23, 2004









Dismissed and Memorandum Opinion
filed December 23, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01092-CR



 

____________

 

MATTHEW M. MASON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

________________________________________________________

 

On Appeal from the 337th District Court

Harris
County, Texas

Trial Court Cause No. 993,653

________________________________________________________

 

M E M O R A N D U M   O P I N I O N

This is an attempted pro se appeal from the trial court=s judgment that appellant is
presently incompetent to stand trial for theft. 








Generally, an appellate court only has jurisdiction to
consider an appeal by a criminal defendant where there has been a final
judgment of conviction.  Workman v.
State, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); McKown v. State,
915 S.W.2d 160, 161 (Tex. App.CFort Worth 1996, no pet.). 
The exceptions include: (1) certain appeals while on deferred
adjudication community supervision, Kirk v. State, 942 S.W.2d 624, 625
(Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond,
Tex. R. App. P. 31.1; McKown,
915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus
relief, Wright v. State, 969 S.W.2d 588, 589 (Tex. App.CDallas 1998, no pet.); McKown,
915 S.W.2d at 161.

Because this appeal does not fall within the exceptions to
the general rule that appeal may be taken only from a final judgment of
conviction, we have no jurisdiction.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 23, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.

Do Not Publish C Tex. R. App.
P. 47.2(b).